Steven W. Ritcheson, Esq. (SBN 174062)
WHITE FIELD, Inc.
9800 D Topanga Canyon Blvd. #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
swritcheson@whitefieldinc.com

Attorneys for Plaintiff Olympic Developments AG, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLYMPIC DEVELOPMENTS AG, LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC<br><br>    Defendant. | Case No. 3:11-cv-01080-JCS<br>Mag. Judge: Hon. Joseph C. Spero<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR SONY COMPUTER ENTERTAINMENT AMERICA LLC TO FILE RENEWED VERSIONS OF MOTIONS OR TO RESPOND TO COMPLAINT** |

    Plaintiff Olympic Developments AG, LLC originally filed this patent case against Defendant Sony Computer Entertainment America LLC ("SCEA") in the Central District of California. In response to Plaintiff's Complaint, SCEA moved to dismiss Plaintiff's claim of indirect infringement (Doc. 39).

    Before ruling on SCEA's motion to dismiss, and pursuant to the parties' stipulation, the Central District Court ordered that the case be transferred to the Northern District of California. (Doc. 63, 66). The Order transferring the case also provided that "SCEA shall have 14 days from the docketing of those claims in the Northern District of California to file a renewed version of the Motion to Dismiss

1  (which may include new arguments and authorities) or otherwise respond to the First
2  Amended Complaint." (Doc. 66 at 2). The case was docketed with this Court March
3  11, 2011, making SCEA's renewed motion to dismiss due on March 25, 2011. (Doc.
4  Nos. 68 and 70).

5      The Parties are continuing to confer on the relief requested in SCEA's motion
6  to dismiss, and jointly request that the Court extend the deadline for SCEA to file its
7  renewed motion to dismiss by thirty (30) days to permit the Parties time to explore
8  whether an agreement can be reached. Pursuant to Civil L.R. 6.1(a), therefore, the
9  Parties now stipulate and agree that SCEA shall have until April 25, 2011 to file a
10 renewed version of its motion to dismiss or otherwise respond to Plaintiff's First
11 Amended Complaint.

12      The Parties further stipulate that Plaintiff may amend its complaint to remove
13 its allegations of and claims for indirect infringement. If Plaintiff amends its
14 complaint to remove its indirect infringement allegations, then SCEA shall have 14
15 days from service of the amended complaint in which to respond.

16      Pursuant to Civil L.R. 6.2(a), the Declaration of Steven W. Ritcheson setting
17 forth the reasons for the extension accompanies this Joint Stipulation and [Proposed]
18 Order.

IT IS SO STIPULATED.

Dated: March 25, 2011

                                              WHITE FIELD, INC.

                                              By:   */s/ Steven W. Ritcheson*
                                                       Steven W. Ritcheson
                                                       Attorneys for Plaintiff Olympic
                                                       Developments AG, LLC

                                             SHOOK, HARDY & BACON L.L.P.

                                             By:   */s/ Eric. A. Buresh*
                                                     Eric A. Buresh
                                                   Attorneys for Defendant
                                                   Sony Computer Entertainment
                                                   America LLC

Dated: _____
PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 03/28/11                                    _____

                                               Hon. Joseph C. Spero
                                               Magistrate Judge of the United States
                                               District Court, Northern District

## SIGNATURE ATTESTATION

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from the above-named counsel indicated by a "conformed" signature(s) within this e-filed document.

    /s/ Steven W. Ritcheson
Steven W. Ritcheson

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR
SCEA TO FILE RENEWED MOTION OR TO RESPOND TO COMPLAINT     Page 4