1  Eric A. Buresh (admitted *pro hac vice*)
   eburesh@shb.com
2  Abe J. Kean (admitted *pro hac vice*)
   akean@shb.com
3  **SHOOK, HARDY & BACON LLP**
   2555 Grand Boulevard
4  Kansas City, Missouri 64108-2613
   Telephone: (816) 474-6550
5  Facsimile: (816) 421-5547

6  Andrew Chang (SBN: 222309)
   achang@shb.com
7  **SHOOK, HARDY & BACON LLP**
   One Montgomery, Suite 2700
8  San Francisco, California 94104-4505
   Telephone: (415) 544-1900
9  Facsimile: (415) 391-0281

10 Attorneys for Defendant and Counterclaimant
   SONY COMPUTER ENTERTAINMENT
11 AMERICA LLC

12

13                    **UNITED STATES DISTRICT COURT**

14          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15                    **SAN FRANCISCO DIVISION**

16

17 OLYMPIC DEVELOPMENTS AG, LLC,          Case No. C-11-01080 JCS

18                    Plaintiff,          Judge: Hon. Joseph C. Spero

19        v.                             **JOINT STIPULATION AND
                                          [PROPOSED] ORDER TO**
20 SONY COMPUTER ENTERTAINMENT           **CONTINUE PENDING CASE**
   AMERICA LLC,                          **MANAGEMENT AND ADR**
21                                        **DEADLINES; DECLARATION OF**
                                          **ABRAN J. KEAN IN SUPPORT**
22                    Defendant.

23 SONY COMPUTER ENTERTAINMENT
   AMERICA LLC,
24
25                    Counterclaimant,
26        v.
27 OLYMPIC DEVELOPMENTS AG, LLC,

28                    Counterdefendant.

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff Olympic Developments AG, LLC ("Plaintiff") and Defendant Sony Computer Entertainment America LLC ("SCEA") (jointly, the "Parties"), by and through their respective counsel, hereby agree and stipulate, and respectfully request a 14-day extension of the ADR deadlines set by this Court's March 8, 2011 Order Setting Initial Case Management Conference and ADR Deadlines (Dkt 69).  Pursuant to Civil L.R. 6-2, this joint stipulation is based on the accompanying declaration of Abran J. Kean, which sets forth the following facts upon which the Parties agree:

1.      In a separate action currently pending before the Honorable Edward J. Davila of this Court, *Olympic Developments AG, LLC v. Apple, Inc., et al.*, Northern District of California Case No. C-11-016555 (the "SEL Action"), Plaintiff currently asserts claims against Sony Electronics Inc. ("SEL") and other defendants arising out of the same patents at issue in this action.  In the SEL Action, SEL also asserts counterclaims against Plaintiff regarding the same patents that are at issue in SCEA's counterclaims in this action.  SEL's counsel in the SEL Action is the same as SCEA's counsel in this action.

2.      Plaintiff, SCEA, and SEL have been in the process of working on an agreement that would aid the convenience of all parties and would serve consistent and efficient judicial management.  In particular, the parties have been discussing severing Plaintiff's and SEL's claims in the SEL Action and consolidating those in this action.  While the parties' discussions have been productive, the parties have not yet reached a final agreement regarding case consolidation, but the parties anticipate that final agreement will be reached soon.

3.      In order to permit time for the Parties to reach an agreement and, if agreed, effectuate a severance and consolidation and to avoid unnecessary duplication of effort in this Court after consolidation, the Parties request that the ADR deadlines currently set by the Court's March 8, 2011 Order Setting Initial Case Management Conference and ADR Deadlines be continued 14 days to June 17, 2011.  If the parties reach agreement regarding consolidation, the parties also anticipate requesting a further continuation of all dates set by the Court's March 8, 2011 Order Setting Initial Case Management Conference and ADR Deadlines to track similar deadlines currently set in the

1   SEL Action.  The parties will request this further extension separately, once an agreement has been

2   reached on the consolidation procedure.

3          4.       The following are the prior time modifications in the case, whether by stipulation or

4   Court order:

5          (a)      On March 25, 2011, the Parties stipulated to extend SCEA's time to respond to

6                   Plaintiff's First Amended Complaint to April 25, 2011; and

7          (b)      On April 25, 2011, the Court vacated the April 25, 2011 deadline for SCEA to

8                   respond to Plaintiff's First Amended Complaint, instead permitting Plaintiff to file a

9                   Second Amended Complaint that same day.

10         WHEREFORE, the Parties, through their respective counsel, hereby stipulate to and

11  respectfully request this Court to enter an Order continue the pending case management and ADR

12  deadlines, as stated above.

13  Dated: June 3, 2011                      Respectfully submitted,

14                                           **WHITE FIELD, INC.**

15                                           By: /s/ Steven W. Ritcheson

16                                                Steven W. Ritcheson
                                                  ATTORNEY FOR PLAINTIFF OLYMPIC
17                                                DEVELOPMENTS AG, LLC

18

19  Dated: June 3, 2011                      Respectfully submitted,

20                                           **SHOOK, HARDY & BACON**

21                                           By: /s/ Eric A. Buresh

22                                                Eric A. Buresh
                                                  ATTORNEY FOR DEFENDANT
23                                                SONY COMPUTER ENTERTAINMENT
                                                  AMERICA LLC
24

25  PURSUANT TO STIPULATION, IT IS SO ORDERED

26

27  Dated:  06/17/11                         _____

28                                           HONORABLE JOSEPH C. SPERO
                                             UNITED STATES MAGISTRATE JUDGE

**DECLARATION OF ABRAN J. KEAN**

I, Abran J. Kean, declare as follows:

1.      I am an attorney at the law firm of Shook, Hardy & Bacon L.L.P. and I am counsel for Defendant, Sony Computer Entertainment America LLC ("SCEA") in this action.  I make this declaration based on my own personal knowledge.  I could and would testify to the matters set forth if called upon to do so.

2.      In a separate action currently pending before the Honorable Edward J. Davila of this Court, *Olympic Developments AG, LLC v. Apple, Inc., et al.*, Northern District of California Case No. C-11-016555 (the "SEL Action"), Plaintiff currently asserts claims against Sony Electronics Inc. ("SEL") and other defendants arising out of the same patents at issue in this action.  In the SEL Action, SEL also asserts counterclaims against Plaintiff regarding the same patents that are at issue in SCEA's counterclaims in this action.  SEL's counsel in the SEL Action is the same as SCEA's counsel in this action.

3.      Plaintiff, SCEA, and SEL have been in the process of working on an agreement that would aid the convenience of all parties and would serve consistent and efficient judicial management.  In particular, the parties have been discussing severing Plaintiff's and SEL's claims in the SEL Action and consolidating those in this action.  While the parties' discussions have been productive, the parties have not yet reached a final agreement regarding case consolidation, but the parties anticipate that final agreement will be reached soon.

4.      In order to permit time for the Parties to reach an agreement and, if agreed, effectuate a severance and consolidation and to avoid unnecessary duplication of effort in this Court after consolidation, the Parties request that the ADR deadlines currently set by the Court's March 8, 2011 Order Setting Initial Case Management Conference and ADR Deadlines be continued 14 days to June 17, 2011.  If the parties reach agreement regarding consolidation, the parties also anticipate requesting a further continuation of all dates set by the Court's March 8, 2011 Order Setting Initial Case Management Conference and ADR Deadlines to track similar deadlines currently set in the SEL Action.  The parties will request this further extension separately, once an agreement has been reached on the consolidation procedure.

4.      The following are the prior time modifications in the case, whether by stipulation or Court order:

(a)      On March 25, 2011, the Parties stipulated to extend SCEA's time to respond to Plaintiff's First Amended Complaint to April 25, 2011; and

(b)      On April 25, 2011, the Court vacated the April 25, 2011 deadline for SCEA to respond to Plaintiff's First Amended Complaint, instead permitting Plaintiff to file a Second Amended Complaint that same day.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this affidavit was executed in Kansas City, Missouri on June 3, 2011.


                                                            _____/s/ Abran J. Kean_____
                                                            ABRAN J. KEAN


        Pursuant to General Order No. 45.X.B., the below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.

Dated:  June 3, 2011                              _____/s/ Andrew L. Chang_____
                                                            Andrew L. Chang