Eric A. Buresh (admitted *pro hac vice*)
eburesh@shb.com
Abe J. Kean (admitted *pro hac vice*)
akean@shb.com
**SHOOK, HARDY & BACON LLP**
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

Andrew Chang (SBN: 222309)
achang@shb.com
**SHOOK, HARDY & BACON LLP**
One Montgomery, Suite 2700
San Francisco, California 94104-4505
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

Attorneys for Defendant and Counterclaimant
SONY COMPUTER ENTERTAINMENT
AMERICA LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OLYMPIC DEVELOPMENTS AG, LLC, | Case No. C-11-01080 JCS |
| Plaintiff, | Judge: Hon. Joseph C. Spero |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE PENDING CASE MANAGEMENT AND ADR DEADLINES; DECLARATION OF ABRAN J. KEAN IN SUPPORT** |
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, | |
| Defendant. | |
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, | |
| Counterclaimant, | |
| v. | |
| OLYMPIC DEVELOPMENTS AG, LLC, | |
| Counterdefendant. | |

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff Olympic Developments AG, LLC ("Plaintiff") and Defendant Sony Computer Entertainment America LLC ("SCEA") (jointly, the "Parties") stipulate and request that the Initial Case Management Conference and all other pending deadlines set by this Court's March 8, 2011 Order Setting Initial Case Management Conference and ADR Deadlines (Dkt 69) be continued as set forth below.  Pursuant to Civil L.R. 6-2, this joint stipulation is based on the accompanying declaration of Abran J. Kean, which sets forth the following facts upon which the Parties agree:

1.       In a separate action currently pending before the Honorable Edward J. Davila of this Court, *Olympic Developments AG, LLC v. Apple, Inc., et al.*, Northern District of California Case No. C-11-016555 (the "SEL Action"), Plaintiff currently asserts claims against Sony Electronics Inc. ("SEL") and other defendants arising out of the same patents at issue in this action.  In the SEL Action, SEL also asserts counterclaims against Plaintiff regarding the same patents that are at issue in SCEA's counterclaims in this action.  SEL's counsel in the SEL Action is the same as SCEA's counsel in this action.

2.       As contemplated in the Parties' June 3, 2011 stipulation (Dkt 87), Plaintiff, SCEA, and SEL have agreed that the convenience of all parties and consistent and efficient judicial management would benefit from removing Plaintiff's and SEL's claims from the SEL Action and asserting them in this action.

3.       In order to permit time for the Parties to effectuate that rearranging of the claims in both the SEL Action and this action, and to avoid unnecessary duplication of effort in this Court after this case is at issue, the Parties request that the deadlines currently set by the Court's March 8, 2011 Order Setting Initial Case Management Conference and ADR Deadlines be continued to track similar deadlines currently set in the SEL Action, as follows:

(a)      the last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan, file the ADR Certification and file either the Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be continued from June 17, 2011 to August 26, 2011;

(b)     the last day to file a Fed. R. Civ. P. 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement shall be continued from June 17, 2011 to September 9, 2011; and

(c)     the Initial Case Management Conference currently set in this case on June 24, 2011 at 1:30 PM be continued to September 16, 2011 at 1:30 PM or any later date or time convenient to the Court.

4.     The following are the prior time modifications in the case, whether by stipulation or Court order:

(a)     On March 25, 2011, the Parties stipulated to extend SCEA's time to respond to Plaintiff's First Amended Complaint to April 25, 2011;

(b)     On April 25, 2011, the Court vacated the April 25, 2011 deadline for SCEA to respond to Plaintiff's First Amended Complaint, instead permitting Plaintiff to file a Second Amended Complaint that same day; and

(c)     On June 3, 2011, the Parties stipulated to extend ADR deadlines for 14 days to June 17, 2011 to permit the Parties to finalize the agreement set forth above.

REMAINDER OF PAGE LEFT INTENTIONALLY BLANK

1    WHEREFORE, the Parties, through their respective counsel, hereby stipulate to and

2    respectfully request this Court to enter an Order continue the pending case management and ADR

3    deadlines, as stated above.

4

5    Dated: June 16, 2011                    Respectfully submitted,

6                                            **WHITE FIELD, INC.**

7                                            By: */s/ Steven W. Ritcheson*

8                                                Steven W. Ritcheson
                                                 ATTORNEY FOR PLAINTIFF OLYMPIC
9                                                DEVELOPMENTS AG, LLC

10

11   Dated: June 16, 2011                    Respectfully submitted,

12                                           **SHOOK, HARDY & BACON**

13                                           By: */s/ Eric A. Buresh*

14                                               Eric A. Buresh
                                                 ATTORNEYS FOR DEFENDANT
15                                               SONY COMPUTER ENTERTAINMENT
                                                 AMERICA LLC
16                                               and
                                                 ATTORNEYS FOR NON-PARTY SONY
17                                               ELECTRONICS INC.

18   PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20   Dated:    06/17/11                      _____

21                                           HONORABLE
                                             UNITED STATES DISTRICT JUDGE

22                                                    Judge Joseph C. Spero

23

24

25

26

27

28

**DECLARATION OF ABRAN J. KEAN**

I, Abran J. Kean, declare as follows:

1.      I am an attorney at the law firm of Shook, Hardy & Bacon L.L.P. and I am counsel for Defendant, Sony Computer Entertainment America LLC ("SCEA") in this action.  I make this declaration based on my own personal knowledge.  I could and would testify to the matters set forth if called upon to do so.

2.      In a separate action currently pending before the Honorable Edward J. Davila of this Court, *Olympic Developments AG, LLC v. Apple, Inc., et al.*, Northern District of California Case No. C-11-016555 (the "SEL Action"), Plaintiff currently asserts claims against Sony Electronics Inc. ("SEL") and other defendants arising out of the same patents at issue in this action.  In the SEL Action, SEL also asserts counterclaims against Plaintiff regarding the same patents that are at issue in SCEA's counterclaims in this action.  SEL's counsel in the SEL Action is the same as SCEA's counsel in this action.

3.      As contemplated in the Parties' June 3, 2011 stipulation (Dkt 87), Plaintiff, SCEA, and SEL have agreed that the convenience of all parties and consistent and efficient judicial management would benefit from removing Plaintiff's and SEL's claims from the SEL Action and asserting them in this action.

4.      In order to permit time for the Parties to effectuate that rearranging of the claims in both the SEL Action and this action, and to avoid unnecessary duplication of effort in this Court after this case is at issue, the Parties request that the deadlines currently set by the Court's March 8, 2011 Order Setting Initial Case Management Conference and ADR Deadlines be continued to track similar deadlines currently set in the SEL Action, as follows:

(a)      the last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan, file the ADR Certification and file either the Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be continued from June 17, 2011 to August 26, 2011;

(b)      the last day to file a Fed. R. Civ. P. 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement shall be continued from June 17, 2011 to September 9, 2011; and

(c)      the Initial Case Management Conference currently set in this case on June 24, 2011 at 1:30 PM be continued to September 16, 2011 at 1:30 PM or any later date or time convenient to the Court.

5.      The following are the prior time modifications in the case, whether by stipulation or Court order:

(a)      On March 25, 2011, the Parties stipulated to extend SCEA's time to respond to Plaintiff's First Amended Complaint to April 25, 2011;

(b)      On April 25, 2011, the Court vacated the April 25, 2011 deadline for SCEA to respond to Plaintiff's First Amended Complaint, instead permitting Plaintiff to file a Second Amended Complaint that same day; and

(c)      On June 3, 2011, the Parties stipulated to extend ADR deadlines for 14 days to June 17, 2011 to permit the Parties to finalize the agreement set forth above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this affidavit was executed in Kansas City, Missouri on June 16, 2011.


                                    _____/s/ Abran J. Kean_____
                                            ABRAN J. KEAN


Pursuant to General Order No. 45.X.B., the below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.

Dated:  June 16, 2011                _____/s/ Andrew L. Chang_____
                                            Andrew L. Chang