1   Eric A. Buresh (admitted *pro hac vice*)
    eburesh@shb.com
2   Abe J. Kean (admitted *pro hac vice*)
    akean@shb.com
3   **SHOOK, HARDY & BACON LLP**
    2555 Grand Boulevard
4   Kansas City, Missouri 64108-2613
    Telephone: (816) 474-6550
5   Facsimile: (816) 421-5547

6   Andrew L. Chang (SBN: 222309)
    achang@shb.com
7   **SHOOK, HARDY & BACON LLP**
    One Montgomery, Suite 2700
8   San Francisco, California 94104-4505
    Telephone: (415) 544-1900
9   Facsimile: (415) 391-0281

10  Attorneys for Defendants and Counterclaimants
    SONY COMPUTER ENTERTAINMENT AMERICA LLC
11  and SONY ELECTRONICS INC.

12
                    UNITED STATES DISTRICT COURT
13
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
14
                       SAN FRANCISCO DIVISION
15

| | |
|---|---|
| 16  OLYMPIC DEVELOPMENTS AG, LLC, | Case No. 3:11-cv-01080-JCS |
| 17                        Plaintiff, | Judge: Hon. Joseph C. Spero |
| 18       v. | **JOINT STIPULATION AND [PROPOSED] ORDER TO** |
| 19  SONY COMPUTER ENTERTAINMENT AMERICA LLC | **CONSOLIDATE CASE NO. 3:11-CV-01080-JCS AND CASE NO. 3:11-CV-04203-JSC** |
| 20 | |
| 21                        Defendant. | |
| 22  OLYMPIC DEVELOPMENTS AG, LLC, | |
| 23                        Plaintiff, | |
| 24       v. | |
| 25  SONY ELECTRONICS INC. | |
| 26                        Defendant. | |
| 27 | |
| 28  AND RELATED COUNTERCLAIMS | |

1        1.      Pursuant to Civil L.R. 7-12 and Federal Rules of Civil Procedure 42(a), Plaintiff

2   Olympic Developments AG, LLC ("Plaintiff") and Defendants Sony Computer Entertainment

3   America LLC ("SCEA") and Sony Electronics Inc. ("SEL") (collectively "the Parties"), by and

4   through their respective counsel, hereby agree and stipulate, and respectfully request the Court to

5   enter an Order consolidating the above-captioned actions.   This joint stipulation sets forth the

6   following facts upon which the Parties agree:

7        2.      Plaintiff filed an action against SEL, SCEA, and several other defendants on

8   September 28, 2010 in the United States District Court for the Central District of California, alleging

9   patent infringement.

10       3.      On February 18, 2011, Plaintiff and SEL along with two other defendants, Apple, Inc.

11  and barnesandnoble.com LLC, filed a Joint Stipulation and Motion to Sever and Transfer Plaintiff's

12  Claims to the United States District Court for the Northern District of California.   Case No. C-11-

13  01655 EJD, *Doc. 85*.   The court granted the joint motion on February 28, 2011.   *Id.* at *Doc. 89*.

14  Following severance and transfer, Plaintiff and SEL, including Apple, Inc. and barnesandnoble.com

15  LLC, were docketed before Judge Edward J. Davila.

16       4.      On February 21, 2011, Plaintiff and SCEA filed a Joint Stipulation and Motion to

17  Sever and Transfer Plaintiff's Claims to the United States District Court for the Northern District of

18  California. *Doc. 63*.   The court granted the joint motion on February 28, 2011.  *Doc. 66*.  Following

19  severance and transfer, Plaintiff and SCEA were docketed before this Court ("SCEA Action").

20       5.      Since their respective transfers, the Parties have engaged in several meet and confer

21  discussions to join SEL in the SCEA Action.   These discussions were described in subsequent filings

22  in the SCEA Action, in which the Parties stated that "Plaintiff, SCEA, and SEL have agreed that the

23  convenience of all parties and consistent and efficient judicial management would benefit from

24  removing Plaintiff's and SEL's claims from the [this] Action and asserting them in [the SCEA

25  Action]."  Case No. 3:11-cv-01080-JCS, *Docs. 91, 92*.

26       6.      On August 19, Plaintiff and SEL filed a Joint Stipulation to Sever Plaintiff's Claims

27  Against SEL, severing SEL from barnesandnoble.com LLC (Apple, Inc. had previously been

28

1   dismissed pursuant to a settlement agreement). *Case No. 11-cv-01655, Doc. 130*. The court granted

2   the joint stipulation on August 23, 2011. *Id.* at *Doc.* 131.

3        7.    In both the SCEA Action and the SEL Action, Plaintiff asserts claims of infringement

4   arising out of the same patents. In both actions, SCEA and SEL also assert counterclaims against

5   Plaintiff regarding the same patents. Both SCEA and SEL share the same counsel and are affiliated

6   corporations.

7        8.    Consolidation will avoid unnecessary cost and delay, increase efficiencies for the

8   Parties, and provide economies for the Court.

9        9.    In order to avoid unnecessary motion practice and further expense of the Parties and

10   the Court's resources, the Parties, by and through their respective counsel, request an Order

11   consolidating the SEL Action and the SCEA Action for pretrial purposes.

12   REMAINDER OF PAGE LEFT INTENTIONALLY BLANK

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1      10.    WHEREFORE, the Parties, by and through their respective counsel, hereby stipulate

2   to and request this Court to enter an Order consolidating Case No. 3:11-cv-01080-JCS and Case No.

3   3:11-cv-04203-JSC for pretrial purposes.

4   Dated: August 26, 2011                  Respectfully submitted,

5                                           **WHITE FIELD, INC.**

6                                           By: */s/ Steven W. Ritcheson*

7                                               Steven W. Ritcheson
                                                ATTORNEY FOR PLAINTIFF OLYMPIC
8                                               DEVELOPMENTS AG, LLC

9

10  Dated: August 26, 2011                  Respectfully submitted,

11                                          **SHOOK, HARDY & BACON**

12                                          By: */s/ Eric A. Buresh*

13                                              Eric A. Buresh
                                                Attorneys for Defendants and Counterclaimants
14                                              SONY COMPUTER ENTERTAINMENT
                                                AMERICA LLC and SONY ELECTRONICS INC.

15

16      Pursuant to General Order No. 45.X.B., the below filer attests that concurrence in the filing
    of this document has been obtained from the above Signatories.

17

18  Dated:  August 26, 2011                  */s/ Andrew L. Chang*
                                             Andrew L. Chang
19

20  PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22
    Dated:    09/01/2011
23                                          HONORABLE JOSEPH C. SPERO
                                            UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

                                                        JOINT STIPULATION TO CONSOLIDATE
                                                        Case No. 3:11-cv-01080-JCS