Eric A. Buresh (admitted *pro hac vice*)
eburesh@shb.com
Abran J. Kean (admitted *pro hac vice*)
akean@shb.com
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: (816) 474-6550

Andrew L. Chang (SBN: 222309)
achang@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104-4505
Telephone: (415) 544-1900

Attorneys for Defendants and Counterclaimants
SONY COMPUTER ENTERTAINMENT AMERICA LLC and
SONY ELECTRONICS INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| OLYMPIC DEVELOPMENTS AG, LLC,<br><br>         Plaintiff,<br>    v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC and SONY ELECTRONICS INC.,<br><br>         Defendants. | Case Nos. 3:11-cv-01080-JCS<br>*consolidated with*<br>Case No. 3:11-cv-04203-JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE AND/OR MODIFY PENDING CASE MANAGEMENT DEADLINES; DECLARATION OF ABRAN J. KEAN IN SUPPORT** |

JOINT STIPULATION TO CONTINUE DEADLINES; KEAN DECLARATION
CASE NO. 3:11-CV-01080-JCS CONSOLIDATED WITH CASE NO. 3:11-CV-04203-JCS

4671966 v2

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff Olympic Developments AG, LLC ("Plaintiff") and Defendants Sony Computer Entertainment America LLC ("SCEA") and Sony Electronics Inc. ("SEL") (collectively "the Parties") stipulate and request that the Initial Case Management Conference and all other pending deadlines set by this Court's (1) June 17, 2011 Order to Continue Pending Case Management and ADR Deadlines (in the SCEA Action, Doc. 92), and (2) August 23, 2011 Order Setting Initial Case Management Conference and ADR Deadlines (in the SEL Action, Consolidated Case No. 11-cv-04203, Doc. 4) be continued as set forth below. Pursuant to Civil L.R. 6-2, this joint stipulation is based on the accompanying declaration of Abran J. Kean, which sets forth the following facts upon which the Parties agree:

1. The Parties request an extension to the case management deadlines, because of a scheduling conflict with the Initial Case Management Conference. The scheduling conflict regards a medical issue for Defendants' counsel.

2. The Parties further request that the case management deadlines for SEL, recently consolidated with SCEA in this Court, be set to track similar deadlines in this case. Such consolidation of case management deadlines will avoid unnecessary cost and delay, increase inefficiencies for the Parties, and provide economies for the Court.

3. The Parties request that the deadlines currently set by the Court's Orders outlined above be continued as follows:

   a. The last day to file a Fed. R. Civ. P. 26(f) Report or state objection in the Rule 26(f) Report and file a Case Management Statement shall be continued from September 9, 2011 to **September 16, 2011** and/or moved from December 1, 2011 to **September 16, 2011**.

   b. The Initial Case Management Conference currently set for September 16, 2011 at 1:30 p.m. shall be continued to **September 23, 2011 at 1:30 p.m.**, and/or expedited from December 8, 2011 to **September 23, 2011 at 1:30 p.m.**, or any later date or time convenient to the Court.

CASE NO. 3:11-CV-01080-JCS CONSOLIDATED WITH CASE NO. 3:11-CV-04203-JCS
2

4671966 v2

      c. The last day to complete initial disclosures shall be continued from September 9, 2011 to **October 3, 2011** and/or expedited from December 1, 2011 to **October 3, 2011**. In the event that the Initial Case Management Conference is set for a date other than **September 23, 2011**, the parties agree to exchange initial disclosures no later than 10 days after the Initial Case Management Conference.

4. The following are the prior time modifications in the case, whether by stipulation or Court order:

      a. On March 25, 2011, the Parties stipulated to extend SCEA's time to respond to Plaintiff's First Amended Complaint to April 25, 2011;

      b. On April 25, 2011, the Court vacated the April 25, 2011 deadline for SCEA to respond to Plaintiff's First Amended Complaint, instead permitting Plaintiff to file a Second Amended Complaint that same day;

      c. On June 3, 2011, the Parties stipulated to extend ADR deadlines for 14 days to June 17, 2011 to permit the Parties to finalize the agreement set forth above; and

      d. On June 17, 2011, the Parties stipulated to extend the case management and ADR deadlines to permit the Parties to effectuate the severance of SEL from a related case and consolidate it with SCEA.

REMAINDER OF THE PAGE LEFT INTENTIONALLY BLANK

JOINT STIPULATION TO CONTINUE DEADLINES; KEAN DECLARATION
CASE NO. 3:11-CV-01080-JCS CONSOLIDATED WITH CASE NO. 3:11-CV-04203-JCS
3

4671966 v2

WHEREFORE, the Parties, by and through their respective counsel, hereby stipulate to and respectfully request this Court to enter an Order continuing or modifying the pending case management deadlines, as stated above.

Dated: September 8, 2011

Respectfully submitted,

**WHITE FIELD, INC.**

By: /s/

Steven W. Ritcheson
ATTORNEY FOR PLAINTIFF OLYMPIC DEVELOPMENTS AG, LLC

Dated: September 8, 2011

Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: /s/

Eric A. Buresh
Attorneys for Defendants and Counterclaimants
SONY COMPUTER ENTERTAINMENT AMERICA LLC and SONY ELECTRONICS INC.

Pursuant to General Order No. 45.X.B., the below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.

Dated: September 8, 2011

/s/
Andrew L. Chang

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/9/2011

_____
HONORABLE
UNITED STATES
Judge Joseph C. Spero

4671966 v2