1 | Eric A. Buresh (admitted *pro hac vice*)
eburesh@shb.com
2 | Abran J. Kean (admitted *pro hac vice*)
akean@shb.com
3 | SHOOK, HARDY & BACON, L.L.P.
2555 Grand Boulevard
4 | Kansas City, Missouri 64108
5 | Telephone: (816) 474-6550

6 | Andrew L. Chang (SBN: 222309)
achang@shb.com
7 | SHOOK, HARDY & BACON L.L.P.
8 | One Montgomery, Suite 2700
San Francisco, California 94104-4505
9 | Telephone: (415) 544-1900

10 | Attorneys for Defendants and Counterclaimants
11 | SONY COMPUTER ENTERTAINMENT AMERICA LLC and
SONY ELECTRONICS INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| OLYMPIC DEVELOPMENTS AG, LLC, | Case Nos. 3:11-cv-01080-JCS *consolidated with* Case No. 3:11-cv-04203-JCS |
|---|---|
| Plaintiff, v. | |
| SONY COMPUTER ENTERTAINMENT AMERICA LLC and SONY ELECTRONICS INC., | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE AND/OR MODIFY PENDING CASE MANAGEMENT DEADLINES; DECLARATION OF ABRAN J. KEAN IN SUPPORT** |
| Defendants. | |

JOINT STIPULATION TO CONTINUE DEADLINES; KEAN DECLARATION
CASE NO. 3:11-CV-01080-JCS CONSOLIDATED WITH CASE NO. 3:11-CV-04203-JCS

4676828 v1

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff Olympic Developments AG, LLC ("Plaintiff") and Defendants Sony Computer Entertainment America LLC ("SCEA") and Sony Electronics Inc. ("SEL") (collectively "the Parties") stipulate and request that the Initial Case Management Conference and all other pending deadlines set by this Court's September 9, 2011 Order to Continue and/or Modify Pending Case Management Deadlines be continued as set forth below.  Pursuant to Civil L.R. 6-2, this joint stipulation is based on the accompanying declaration of Abran J. Kean, which sets forth the following facts upon which the Parties agree:

1. The Parties request an extension to the case management deadlines, because of a scheduling conflict with the Initial Case Management Conference.  The scheduling conflict concerns a pre-scheduled hearing in another litigation involving Defendants.

2. The Parties request that the deadlines currently set by the Court's Orders outlined above be continued as follows:

   a. The last day to file a Fed. R. Civ. P. 26(f) Report or state objection in the Rule 26(f) Report and file a Case Management Statement shall be continued from September 16, 2011 to **September 23, 2011**.

   b. The Initial Case Management Conference currently set for September 23, 2011 at 1:30 p.m. shall be continued to **September 30, 2011 at 1:30 p.m**.

   c. The last day to complete initial disclosures shall be continued from October 3, 2011 to **October 10, 2011** In the event that the Initial Case Management Conference is set for a date other than **September 30, 2011**, the parties agree to exchange initial disclosures no later than 10 days after the Initial Case Management Conference.

3. The following are the prior time modifications in the case, whether by stipulation or Court order:

   a. On March 25, 2011, the Parties stipulated to extend SCEA's time to respond to Plaintiff's First Amended Complaint to April 25, 2011;

JOINT STIPULATION TO CONTINUE DEADLINES; KEAN DECLARATION
CASE NO. 3:11-CV-01080-JCS CONSOLIDATED WITH CASE NO. 3:11-CV-04203-JCS
2

4676828 v1

b. On April 25, 2011, the Court vacated the April 25, 2011 deadline for SCEA to respond to Plaintiff's First Amended Complaint, instead permitting Plaintiff to file a Second Amended Complaint that same day;

c. On June 3, 2011, the Parties stipulated to extend ADR deadlines for 14 days to June 17, 2011 to permit the Parties to finalize the agreement set forth above; and

d. On June 17, 2011, the Parties stipulated to extend the case management and ADR deadlines to permit the Parties to effectuate the severance of SEL from a related case and consolidate it with SCEA.

e. On September 9, 2011, the Court granted the Parties' stipulation to (1) extend the case management deadlines for SCEA for one week due to a scheduling conflict, and (2) expedite the case management deadlines for SEL to coincide with the deadlines in the SCEA Action. The Court recently consolidated the two cases on September 1, 2011 (*Doc. 102*).

REMAINDER OF THE PAGE LEFT INTENTIONALLY BLANK

JOINT STIPULATION TO CONTINUE DEADLINES; KEAN DECLARATION
CASE NO. 3:11-CV-01080-JCS CONSOLIDATED WITH CASE NO. 3:11-CV-04203-JCS
3

4676828 v1

WHEREFORE, the Parties, by and through their respective counsel, hereby stipulate to and respectfully request this Court to enter an Order continuing or modifying the pending case management deadlines, as stated above.

Dated: September 14, 2011         Respectfully submitted,

**WHITE FIELD, INC.**

By: */s/ Steven W. Ritcheson*

Steven W. Ritcheson
ATTORNEY FOR PLAINTIFF OLYMPIC
DEVELOPMENTS AG, LLC

Dated: September 14, 2011         Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Eric A. Buresh*

Eric A. Buresh
Attorneys for Defendants and Counterclaimants
SONY COMPUTER ENTERTAINMENT
AMERICA LLC and SONY ELECTRONICS INC.

Pursuant to General Order No. 45.X.B., the below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.

Dated: September 14, 2011         */s/ Andrew L. Chang*
                                  Andrew L. Chang

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/15/2011                  _____
                                  HONORABLE
                                  UNITED STATES [MAGISTRATE JUDGE]

                                  Judge Joseph C. Spero

4676828 v1