1  Julie S. Turner (State Bar No. 191146)
   turner@turnerboyd.com
2  Joshua M. Masur (State Bar No. 203510)
   masur@turnerboyd.com
3  Steven W. Flanders (State Bar No. 206563)
   flanders@turnerboyd.com
4  TURNER BOYD LLP
   2570 W. El Camino Real, Suite 380
5  Mountain View, California 94040
   Telephone:  (650) 521-5930
6  Facsimile:  (650) 521-5931

7  *See signature page for additional counsel*

8  *Attorneys for Defendants and Counter-Claimants*
   *Sony Computer Entertainment of America, LLC* and
9  *Sony Electronics Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| OLYMPIC DEVELOPMENTS AG, LLC,<br><br>        Plaintiffs,<br><br>    vs.<br><br>MICROSOFT CORPORATION, NINTENDO OF AMERICA, INC., SONY COMPUTER ENTERTAINMENT OF AMERICA, LLC, SONY ELECTRONICS INC., and VALVE CORPORATION,<br><br>        Defendants. | Case No. 11-cv-01080-JCS<br><br>**NOTICE OF SUBSTITUION OF COUNSEL FOR DEFENDANTS / COUNTER-CLAIMANTS SONY COMPUTER ENTERTAINMENT OF AMERICA, LLC AND SONY ELECTRONICS INC.**<br><br>**[PROPOSED] ORDER** |

**TO THE COURT, TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants Sony Computer Entertainment of America, LLC and Sony Electronics Inc. (collectively, "Sony") hereby substitutes Turner Boyd LLP in place of Shook, Hardy & Bacon L.L.P. as its counsel of record in this action.  The contact information for new counsel is as follows:

>       Julie S. Turner (SBN 191146)
>       *turner@turnerboyd.com*
>       TURNER BOYD LLP
>       2570 W. El Camino Real, Suite 380

|   |   |
|---|---|
| 1 | Mountain View, California 94040 |
| 2 | Telephone: (650) 521-5930<br>Facsimile: (650) 521-5931 |

Joshua M. Masur (SBN 203510)
*masur@turnerboyd.com*
TURNER BOYD LLP
2570 W. El Camino Real, Suite 380
Mountain View, California 94040
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

Steven W. Flanders (State Bar No. 206563)
*flanders@turnerboyd.com*
TURNER BOYD LLP
2570 W. El Camino Real, Suite 380
Mountain View, California 94040
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

Counsel requests that copies of all pleadings, discovery, correspondence, and other materials be served upon counsel as listed above.

Respectfully Submitted,

TURNER BOYD LLP

Dated: July 9, 2012          /s/ Julie S. Turner
Julie S. Turner (SBN 191146)
turner@turnerboyd.com
Joshua M. Masur (SBN 203510)
masur@turnerboyd.com
Steven W. Flanders (SBN 206563)
flanders@turnerboyd.com
TURNER BOYD LLP
2570 W. El Camino Real, Suite 380
Mountain View, California 94040
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

Eric A. Buresh (*admitted pro hac* vice)
eric.buresh@eriseIP.com
Michelle Marriott (*admitted pro hac vice*)
michelle.marriott@eriseIP.com
Abran J. Kean (*admitted pro hac vice*)
abran.kean@eriseIP.com
Erise IP, P.A.
6201 College Boulevard, Suite 300
Overland Park, KS 66211
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

*Attorneys for Defendants / Counter-Claimants*
SONY COMPUTER ENTERTAINMENT OF AMERICA, LLC and SONY ELECTRONICS INC.

## CONSENT TO SUBSTITUTION

I, Andrew L. Chang, on behalf of Shook, Hardy & Bacon L.L.P., hereby consent to this substitution.

Dated: ___7/6/202_____    By: __/s/ Andrew L. Chang_____
                                    Andrew L. Chang

**IT IS SO ORDERED:**

Dated: __July 10, 2012__    _____
                             HONORABLE JOSEPH C. SPERO
                             UNITED STATES DISTRICT COURT JUDGE

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*