Julie S. Turner (State Bar No. 191146)
turner@turnerboyd.com
Joshua M. Masur (State Bar No. 203510)
masur@turnerboyd.com
Steven W. Flanders (State Bar No. 206563)
flanders@turnerboyd.com
TURNER BOYD LLP
2570 W. El Camino Real, Suite 380
Mountain View, California 94040
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

*See signature page for additional counsel*

*Attorneys for Defendants and Counter-Claimants*
*Sony Computer Entertainment of America, LLC* and
*Sony Electronics Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| OLYMPIC DEVELOPMENTS AG, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION, NINTENDO OF AMERICA, INC., SONY COMPUTER ENTERTAINMENT OF AMERICA, LLC, SONY ELECTRONICS INC., and VALVE CORPORATION,<br><br>Defendants. | Case No. 11-cv-01080-JCS<br><br>**NOTICE OF SUBSTITUION OF COUNSEL FOR DEFENDANTS / COUNTER-CLAIMANTS SONY COMPUTER ENTERTAINMENT OF AMERICA, LLC AND SONY ELECTRONICS INC.**<br><br>[~~PROPOSED~~] ORDER |

**TO THE COURT, TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants Sony Computer Entertainment of America, LLC and Sony Electronics Inc. (collectively, "Sony") hereby substitutes Turner Boyd LLP in place of Shook, Hardy & Bacon L.L.P. as its counsel of record in this action. The contact information for new counsel is as follows:

>Julie S. Turner (SBN 191146)
>*turner@turnerboyd.com*
>TURNER BOYD LLP
>2570 W. El Camino Real, Suite 380

```
                Mountain View, California 94040
                Telephone:  (650) 521-5930
                Facsimile:  (650) 521-5931

                Joshua M. Masur (SBN 203510)
                masur@turnerboyd.com
                TURNER BOYD LLP
                2570 W. El Camino Real, Suite 380
                Mountain View, California 94040
                Telephone:  (650) 521-5930
                Facsimile:  (650) 521-5931

                Steven W. Flanders (State Bar No. 206563)
                flanders@turnerboyd.com
                TURNER BOYD LLP
                2570 W. El Camino Real, Suite 380
                Mountain View, California 94040
                Telephone:  (650) 521-5930
                Facsimile:  (650) 521-5931
```

Counsel requests that copies of all pleadings, discovery, correspondence, and other materials be served upon counsel as listed above.

Respectfully Submitted,

TURNER BOYD LLP

Dated:  July 9, 2012                    /s/ Julie S. Turner
                                        Julie S. Turner (SBN 191146)
                                        turner@turnerboyd.com
                                        Joshua M. Masur (SBN 203510)
                                        masur@turnerboyd.com
                                        Steven W. Flanders (SBN 206563)
                                        flanders@turnerboyd.com
                                        TURNER BOYD LLP
                                        2570 W. El Camino Real, Suite 380
                                        Mountain View, California 94040
                                        Telephone:  (650) 521-5930
                                        Facsimile:  (650) 521-5931

                                        Eric A. Buresh (*admitted pro hac* vice)
                                        eric.buresh@eriseIP.com
                                        Michelle Marriott (*admitted pro hac vice*)
                                        michelle.marriott@eriseIP.com
                                        Abran J. Kean (*admitted pro hac vice*)
                                        abran.kean@eriseIP.com
                                        Erise IP, P.A.
                                        6201 College Boulevard, Suite 300
                                        Overland Park, KS 66211
                                        Telephone:  (913) 777-5600
                                        Facsimile:  (913) 777-5601

*Attorneys for Defendants / Counter-Claimants*
SONY COMPUTER ENTERTAINMENT OF AMERICA, LLC and SONY ELECTRONICS INC.

### CONSENT TO SUBSTITUTION

I, Andrew L. Chang, on behalf of Shook, Hardy & Bacon L.L.P., hereby consent to this substitution.

Dated: 7/6/202

By: /s/ Andrew L. Chang
Andrew L. Chang

**IT IS SO ORDERED:**

Dated: July 10, 2012

HONORABLE JOSEPH C. SPERO
UNITED STATES DISTRICT COURT JUDGE