Eric A. Buresh (*Pro Hac Vice*)
eric.buresh@eriseip.com
Abran J. Kean (*Pro Hac Vice*)
abran.kean@eriseip.com
**ERISE IP, P.A.**
6201 College Boulevard
Suite 300
Overland Park, Kansas 66211
Phone:     (913) 777-5600
Facsimile:  (913) 777-5601

Julie Turner
turner@turnerboyd.com
**Turner Boyd LLP**
2570 W. El Camino Real
Suite 380
Mountain View, CA 94040
(650) 521-5930

Attorneys for
SONY COMPUTER ENTERTAINMENT AMERICA LLC and
SONY ELECTRONICS INC.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| OLYMPIC DEVELOPMENTS AG, LLC,<br><br>                  Plaintiff,<br>         vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC and SONY ELECTRONICS INC.,<br><br>                  Defendants. | Case No.  3:11-cv-01080-JCS<br>*Consolidated with*<br>Case No.  3:11-cv-04203-JCS<br><br>Judge:  Hon. Joseph C. Spero |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The Plaintiff Olympic Developments AG, LLC, and Defendants Sony Computer Entertainment America LLC ("SCEA") and Sony Electronics Inc. ("SEL"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all Plaintiff's claims in this action WITH PREJUDICE and all SCEA's and SEL's claims in this action WITHOUT PREJUDICE, subject to

the terms of that certain agreement entitled **"SETTLEMENT AND LICENSE AGREEMENT"** and dated May 20, 2013, with each party to bear its own costs, expenses and attorneys' fees.

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims by Plaintiff Olympic Developments AG, LLC ("Olympic") and Dismissal Without Prejudice of all counterclaims by Defendants Sony Computer Entertainment America LLC ("SCEA") and Sony Electronics Inc. ("SEL") in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff Olympic against Defendants SCEA and SEL are hereby DISMISSED WITH PREJUDICE, and all counterclaims by Defendants SCEA and SEL against Olympic are hereby DISMISSED WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated May 20, 2013.

It is further ORDERED that all attorneys' fees, costs, and expenses are to be borne by the party that incurred them.

Dated: 6/7/13



| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 6, 2013 | Respectfully submitted, |
| 3 | | **ERISE IP P.A.** |
| 4 | | |
| 5 | | By: /s/ Abran J. Kean |
| 6 | | Abran J. Kean<br>Attorney for Defendants and Counterclaimants<br>SONY COMPUTER ENTERTAINMENT<br>AMERICA LLC and SONY ELECTRONICS INC. |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | **HENINGER GARRISON DAVIS, LLC** |
| 11 | | |
| 12 | | By: /s/ Steven W. Ritcheson |
| 13 | | Steven W. Ritcheson<br>Attorney for Plaintiff<br>OLYMPIC DEVELOPMENTS AG, LLC |